IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS MONTEZ SPANGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv896-MHT |
| | ) | (WO) |
| OFFICER BROADNAX and | ) | |
| OFFICER SALTER, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that he was subjected to excessive force by the defendant correctional officers. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.*

An appropriate judgment will be entered.

DONE, this the 19th day of June, 2017.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE

---

* The clerk of court is directed to correct the spelling of defendant Officer Broadnax's last name on the docket to correspond with the spelling used in his affidavit (doc. no. 13-2).