IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MARCUS MONTEZ SPANGLER,   )
                          )
    Plaintiff,             )
                          )   CIVIL ACTION NO.
    v.                     )   2:16cv896-MHT
                          )        (WO)
OFFICER BROADNAX and       )
OFFICER SALTER,            )
                          )
    Defendants.            )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that he was subjected to excessive force by the defendant correctional officers. The court had granted plaintiff's motion to reopen this action, which had previously been dismissed for failure to respond to defendants' special report; however, plaintiff still has not filed a response. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed without prejudice for plaintiff's

failure to file a response to defendants' report. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of November, 2017.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**